FILED
CHARLOTTE, NC

OCT 24 2013

US DISTRICT COURT
WESTERN DISTRICT OF N(

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:  3:13cr280-MOC |
| | ) | |
| v. | ) | |
| | ) | |
| STEVE HALE, | ) | **ORDER TO UNSEAL INDICTMENT** |
| Defendant. | ) | |

UPON MOTION of the United States of America for an order directing that the indictment in this case be unsealed,

IT IS HEREBY ORDERED that the Clerk of Court shall unseal the indictment and any other related sealed documents in the above-styled case.

DONE AND ORDERED this the 24th day of October, 2013.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE