UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00280-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **STEVE HALE,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Continue to Second Week of Trial Term. For cause, defendant shows that counsel will be in Richmond on March 19, 2014, for oral arguments before the Court of Appeals for the Fourth Circuit. Coincidentally, the undersigned will also be in Richmond on that date, thus, no case will be tried during the March 2014 term on March 19. The court will take into consideration the needs of each case at calendar call. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue to Second Week of Trial Term (#19) is **DENIED WITHOUT PREJUDICE** as to raising such concern at calendar call.

Signed: 2/6/2014

Max O. Cogburn Jr.
United States District Judge