UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00280-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **STEVE HALE,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Order Requiring Hospital to Transfer Evidence to the United States Secret Service. Review of the pleading and the attached exhibits reveals that recovery of such evidence is necessary for an ongoing criminal investigation. To the extent that such production could be viewed as interfering with patient privacy, the court has carefully weighed the patient's interest -- which is minimal as he has been discharged and is no longer undergoing treatment at such facility -- and the investigatory interest in having the substance turned over to the United States Secret Service, which is substantial due to likelihood that defendant has attempted to obstruct justice and otherwise violate federal laws as well as the conditions of his court-supervised release.

Finally, the court has considered whether turning over the pill has any relationship to a medical condition that was extant prior to April 22, 2014. The court finds based on all the information in front of it that it is likely that the recovery of such item by the government will not reveal any private medical condition inasmuch as the pill had no markings and appears to be one compounded by hand and placed in a generic clear pill capsule. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion for Order Requiring Hospital to Transfer Evidence to the United States Secret Service (#37) is **GRANTED**, and **CAROLINAS MEDICAL CENTER**, 1000 Blythe Boulevard, Charlotte, North Carolina, shall transfer the gray capsule retrieved from Mr. Hale on or about April 23, 2014, to Special Agent Chad Rumney, United States Secret Service, upon presentation of this Order.

Signed: 4/25/2014

Max O. Cogburn Jr.
United States District Judge