UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00280-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **STEVE HALE,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the government's Motion for Money Judgment and Preliminary Order of Forfeiture. Although not set forth in a separate motion, defendant requests a hearing on such motion. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's request for a hearing on the government's Motion for Money Judgment and Preliminary Order of Forfeiture (#39) is **GRANTED**, and the Clerk of Court shall notice a hearing.

Signed: September 29, 2014

Max O. Cogburn Jr.
United States District Judge